**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BERTHA ALICIA CASTRO ANARIBA,

                                 Petitioner,                    26 **CIVIL** 1729 (LJL)

         -against-                                           **JUDGMENT**

KENNETH GENALO et al.,

                               Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 4, 2026, the petition for a writ of habeas corpus is

GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
           March 6, 2026

                                   **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

             **BY:**          K. mango

                                 _____
                                    **Deputy Clerk**